NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
FRANCESCO P. BENAVIDES, CSBN 258924
Special Assistant United States Attorney
 Social Security Administration
 160 Spear St., Suite 800
 San Francisco, CA 94105
 Telephone: (415) 977-8978
 Facsimile: (415) 744-0134
 Email: Francesco.Benavides@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MARIA MERINO, | ) Case No. 2:18-cv-09202-JC |
| | ) |
|  Plaintiff, | ) **JUDGMENT OF REMAND** |
| | ) |
|    v. | ) |
| | ) |
| NANCY A. BERRYHILL, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
|  Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: <u>March 21, 2019</u>   <u>  /s/  </u>
             HON. JACQUELINE CHOOLJIAN
             UNITED STATES MAGISTRATE JUDGE