The Law Offices of JUDITH S. LEALND, APLC
7007 Washington Avenue, Suite 240
Whittier, CA 90602
Tel: (562) 904-6955
Fax: (562) 632-1301
JUDITH S. LELAND (State Bar No: 63747)
CARLA A. GREEN (State Bar No: 281977)
E-mail: tracey@disabilitylawfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROSA MARIA MERINO,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | CASE NO. CV 18-9202-JC<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of THREE THOUSAND dollars [$3,000.00], as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: May 30, 2019

_____/s/_____
HONORABLE JACQULINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE